UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>DARYOUSH DAYAN,<br><br>    Defendant. | Case No. 2:23-cv-05739-SB-BFM<br><br>ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

    Generally, a plaintiff must serve process on defendants within 90 days of the filing of the complaint. *See* Fed. R. Civ. P. 4(m). This matter was filed on July 17, 2023. Dkt. No. 1. More than 90 days have passed since the complaint was filed, and Plaintiff has not filed a proof of service. Plaintiff is ordered to show cause, in writing, no later than October 25, 2023, why this action should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause the filing of proof of service showing that Defendant was served within the 90-day period or a showing of good cause to extend the service period. Failure to timely respond to the Order to Show Cause will be construed as consent to dismissal and will result in the dismissal of the action in its entirety without prejudice.

    IT IS SO ORDERED.

Date: October 18, 2023

                                                    Stanley Blumenfeld, Jr.
                                                  United States District Judge